UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FLOYD RAMP, | ) | CASE NO. 1:08 CV 336 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | MEMORANDUM OF OPINION |
| GEORGE W. BUSH, President of the United States, | ) ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

On February 12, 2008, plaintiff *pro se* Floyd Ramp filed this action against President George W. Bush. Mr. Ramp alleges that President Bush has "used signing statements to intrude on powers assigned by the United States Constitution to the legislative and judicial branches," and asserts that "[b]y assuming authority vested by the constitution in the legislative and judicial branches, George W. Bush has renounced the obligations of his oath of office." As relief, plaintiff asks the court "to find the office of the President of the United States vacated by resignation, and direct that office be filled in the manner prescribed by law."

Principles requiring generous construction of *pro se* pleadings are not without limits. *Beaudett v. City of Hampton*, 775 F.2d 1274, 1277 (4th Cir. 1985). Given the most liberal construction, the complaint does not contain allegations remotely suggesting plaintiff might have a valid federal claim, as the issue he seeks to raise is indisputably a political question. *Baker v. Carr*, 369 U.S. 186 (1962); *see*, *O'Connor v. United States*, 72 Fed.Appx. 768 (10th Cir. July 22, 2003)(action seeking order declaring

military actions of United States in Iraq unconstitutional presented non-justiciable political question). This case is therefore appropriately subject to summary dismissal. *Apple v. Glenn*, 183 F.3d 477 (6th Cir. 1999); *see Hagans v. Lavine*, 415 U.S. 528, 536-37 (1974)(citing numerous Supreme Court cases for the proposition that attenuated or unsubstantial claims divest the district court of jurisdiction); *In re Bendectin Litig.*, 857 F.2d 290, 300 (6th Cir.1988)(recognizing that federal question jurisdiction is divested by unsubstantial claims).

For the foregoing reasons, this action is dismissed.

**IT IS SO ORDERED**.

Dated: March 13, 2008

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**